## Estelle Ellman and Philip Ellman, her Husband, Appellants, v. Garrett De Ruiter, Appellee.

Gen. No. 45,498. 

Nathan M. Gomberg, for appellants; Sidney D. Missner, of counsel; Sonnenschein Berkson Lautmann Levinson & Morse, for appellee; Isaac E. Ferguson, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed November 5, 1951; released for publication November 20, 1951.